```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12564
   EDMOND HOLMES
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4517


----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 07/13/2007 and was confirmed 09/10/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/29/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
----------------------------------------------------------------------
CITI RESIDENTIAL LENDING CURRENT MORTG         .00           .00            .00
CITI RESIDENTIAL LENDING MORTGAGE ARRE     14378.56          .00        3866.80
COOK COUNTY TREASURER    SECURED               .00           .00            .00
AMERICAN EXPRESS TRAVEL  UNSECURED            17.00          .00            .00
ASSET ACCEPTANCE LLC     UNSECURED           165.21          .00            .00
CREDIT COLLECTION SERVIC UNSECURED         NOT FILED         .00            .00
HARRIS & HARRIS          UNSECURED         NOT FILED         .00            .00
MEDICAL COLLECTION       UNSECURED         NOT FILED         .00            .00
B-REAL LLC               UNSECURED          3135.00          .00            .00
PREMIUM ASSET RECOVERY C UNSECURED            50.00          .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED          1038.90          .00            .00
AMC MORTGAGE SERVICES    NOTICE ONLY       NOT FILED         .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED          6410.94          .00            .00
ERNESTO D BORGES JR      DEBTOR ATTY           .00                          .00
TOM VAUGHN               TRUSTEE                                         303.20
DEBTOR REFUND            REFUND                                             .00

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                  4,170.00

PRIORITY                                          .00
SECURED                                      3,866.80
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                            303.20
DEBTOR REFUND                                     .00
                      ---------------   ---------------
TOTALS                   4,170.00            4,170.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 12564 EDMOND HOLMES

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE